1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   JAMAL DAMON HENDRIX,                    )        Case No. 2:15-cv-00560-MMD-NJK
                                            )
                      Plaintiff(s),          )        ORDER
12                                          )
     vs.                                     )        (Docket Nos. 21-24)
13                                          )
     SHERYL L. FOSTER, et al.,               )
14                                          )
                      Defendant(s).          )
15   _____)

16          The Attorney General's Office did not accept service on behalf of Defendants Dunn, Maryeswar,

17   Dawson, Joseph, Scott, Adams, and Jones. *See* Docket No. 18.  Pending before the Court are Plaintiff's

18   motions to serve these Defendants.  Docket Nos. 21-22, 24.  Also pending before the Court is Plaintiff's

19   motion to enlarge time to serve these Defendants.  Docket No. 23  The Attorney General's Office

20   previously submitted the last known addresses of these Defendants under seal.  Docket No. 17.

21          The Court hereby **GRANTS** the motions in part[1] as follows:

22          •        **IT IS ORDERED** that the U.S. Marshal shall serve the above Defendants.

23          •        **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with

24                   seven blank copies of the USM-285 form.

25

26   _____

27          [1] Plaintiff also seeks service on Defendant James Greg Cox.  *See* Docket No. 21 at 1.  From the
28   Court's review of the screening order, however, no claims against Defendant Cox remain.  *See* Docket No.
     8 at 15.  Accordingly, the motion is **DENIED** with respect to Defendant Cox.

- **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue Summons to the above Defendants under seal, and deliver the same to the U.S. Marshal for service. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285 (with Defendants' addresses omitted).   Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether the above Defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.   Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this order is entered.

- **IT IS FURTHER ORDERED** that Defendants' addresses shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2