# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No. 2:15-cv-00560-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE OF NEVADA, et al., | (Docket No. 45) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend his copy work limit. Docket No. 45. Defendants filed a response in opposition. Docket No. 47. No reply has been filed.

An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC regulations, inmates can only accrue a maximum of $100 debt for copy work expenses for all cases. *See, e.g.*, *Weddle v. Baker*, 2014 U.S. Dist. Lexis 151674, *3 (D. Nev. Oct. 27, 2014). "In this district, courts have found that they can order a prison to extend limited photocopying when it is necessary for an inmate to provide copies to the Court and other parties." *Id.* (citing *Allen v. Clark Cnty. Det. Ctr.*, 2011 U.S. Dist. Lexis 31756 (D. Nev. Mar. 11, 2011)).

In this instance, Plaintiff has filed a form motion related to habeas proceedings. *See* Docket No. 45. No showing has been made that additional photocopying is necessary in relation to this particular case, nor has a showing been made that other means of copying (including using carbon paper) are not available.

1     Accordingly, the motion to extend Plaintiff's copy work limit is hereby **DENIED**.

2     IT IS SO ORDERED.

3     DATED: July 27, 2016

                                                                 _____

                                                                 NANCY J. KOPPE
                                                                 United States Magistrate Judge