# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No. 2:15-cv-00560-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 60) |
| SHERYL L. FOSTER, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for service on Defendants Dunn, Maryeswar, and Jones. Docket No. 60. Plaintiff previously moved for the same relief, which the Court granted on March 28, 2016. Docket No. 27.[1] Accordingly, the pending motion is **DENIED** as moot. The Clerk's Office is **INSTRUCTED** to mail Plaintiff a copy of this order and also the order at Docket No. 27.

IT IS SO ORDERED.

DATED: October 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] It appears Plaintiff did not receive notice of that order. *See* Docket No. 60 at 2.