1

2

3

4

5

6

7                                      **UNITED STATES DISTRICT COURT**

8                                          **DISTRICT OF NEVADA**

9

10    JAMAL DAMON HENDRIX,                        )
                                                  )        Case No. 2:15-cv-00560-MMD-NJK
11                           Plaintiff(s),        )
                                                  )
12    vs.                                         )        ORDER
                                                  )
13    STATE OF NEVADA, et al.,                    )        (Docket No. 62)
                                                  )
14                           Defendant(s).        )
                                                  )
15    _____        )

16            Pending before the Court is Plaintiff's motion for the undersigned to hold a hearing regarding

17    his desire for a retraining order.  Docket No. 62.  Plaintiff's motion for restraining order is already

18    pending before the Court, Docket No. 37, and the Court will set a hearing on that motion if it deems one

19    proper, *cf.* Local Rule 78-1.  The motion for a hearing is therefore **DENIED** as moot.

20            IT IS SO ORDERED.

21            DATED: October 7, 2016

22                                                _____

23                                                NANCY J. KOPPE
                                                  United States Magistrate Judge

24

25

26

27

28