UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No. 2:15-cv-00560-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 65, 66) |
| SHERYL L. FOSTER, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend the dispositive motion deadline, filed on October 25, 2016. *See* Docket No. 65, 66 (corrected version). To date, no response has been filed. For good cause shown, the motion is **GRANTED** and the deadline for dispositive motion is **EXTENDED** to January 7, 2017. The deadline to file a joint proposed pretrial order is **EXTENDED** to February 6, 2017, or 30 days after resolution of any dispositive motions that are filed.

IT IS SO ORDERED.

DATED: November 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge