UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>                Defendants. | Case No. 2:15-cv-00560-MMD-NJK<br><br>ORDER |

Plaintiff's objection to the Magistrate Judge's denial of second order of process of service (ECF No. 64) is overruled. The Magistrate Judge had denied Plaintiff's motion as moot because Plaintiff had previously moved for the same relief, which the Court granted on March 28, 2016. (ECF No. 61.) Having reviewed the filings in this case, the Court agrees with the Magistrate Judge's ruling.

DATED THIS 4th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE