# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No.: 2:15-cv-00560-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SHERYL L. FOSTER, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to appear at the settlement conference by video. Docket No. 123. Defendants shall file a response by October 22, 2018.

IT IS SO ORDERED.

Dated: October 15, 2018

Nancy J. Koppe
United States Magistrate Judge