# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL D. HENDRIX,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 2:15-cv-00560-MMD-NJK<br><br>**Order**<br><br>[Docket No. 128] |

Pending before the Court is Defendant's motion to continue the settlement conference currently set for November 15, 2018. Docket No. 128. Defendants submit that Tort Claims Manager, Nancy Katafias, a required participant, is unavailable on the currently-set settlement conference date for medical reasons. *Id*. at 2-3. Defendants further submit that the people who would normally act in Ms. Katafias' place are also unavailable on November 15, 2018. *Id*. at 3.

For good cause shown, Defendants' motion, Docket No. 128, is **GRANTED**. The settlement conference is hereby **CONTINUED** to 9:30 a.m. on December 17, 2018. Settlement conference statements must be submitted by 3:00 p.m. on December 10, 2018, and shall be delivered to the undersigned's box in the Clerk's Office. All other requirements established in the order at Docket No. 122 continue to govern.

IT IS SO ORDERED.

Dated: November 1, 2018

                                                        NANCY J. KOPPE
                                                        UNITED STATES MAGISTRATE JUDGE