# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff(s),<br><br>v.<br><br>SHERYL L. FOSTER, et al.,<br><br>    Defendant(s). | Case No.: 2:15-cv-00560-MMD-NJK<br><br>**Order**<br><br>[Docket No. 134] |

Pending before the Court is Defendants' motion to extend the deadline to file dismissal papers. Docket No. 134.[1] For good cause shown, that request is **GRANTED**. The deadline to file dismissal papers is **EXTENDED** to February 27, 2019.

IT IS SO ORDERED.

Dated: January 30, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] The aspect of the motion seeking to enforce the settlement agreement has been withdrawn as moot. *See* Docket No. 136.

1