1  ADAM PAUL LAXALT
     Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-3120 (phone)
   (702) 486-3773 (fax)
6  E-mail: mfeeley@ag.nv.gov

7  *Attorneys for Defendants Sheryl Foster,
   Brian E. Williams, Sr., Judith Gibson,*
8  *Cary Leavitt, Carter Potter,*
   *Michael Anderson, Arthur Emling,*
9  *Roland Daniels, Paul Anderson,*
   *Timothy Filson, Jacob Murphy,*
10 *Jennifer Nash, Frank Dreesen,*
   *Jason Nelson, Romeo Aranas,*
11 *Dwight Neven, William Kuloloia,*
   *Quinton Trainer, Daniel Dawson,*
12 *Jeffrey Scott, David Joseph, and*
   *Linda Adams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL D. HENDRIX, | CASE NO. 2:15-cv-00560-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Plaintiff Jamal D. Hendrix *pro se*, and Defendants Sheryl Foster, Brian E. Williams, Sr., Judith Gibson, Cary Leavitt, Carter Potter, Michael Anderson, Arthur Emling, Roland Daniels, Paul Anderson, Timothy Filson, Jacob Murphy, Jennifer Nash, Frank Dreesen, Jason Nelson, Romeo Aranas, Dwight Neven, William Kuloloia, Quinton Trainer, Daniel Dawson, Jeffrey Scott, David Joseph, and Linda Adams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General,

hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 31ST day of December, 2018.    DATED this 30 day of January 2019.

By: /s/ *James Hendrix*
JAMAL D. HENDRIX
*Pro Se* Plaintiff

ADAM PAUL LAXALT
Attorney General

By: /s/ *Matthew Feeley*
MATTHEW FEELEY, ESQ.
Nevada Bar No. 13336
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED January 30, 2019, ~~2018.~~

_____
UNITED STATES DISTRICT JUDGE